```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
DARREN L. BALDWIN,                :
                                  :
     Plaintiff,                   :
                                  :
vs.                               :   CIVIL ACTION 04-0178-M
                                  :
JO ANNE B. BARNHART,              :
Commissioner of                   :
Social Security,                  :
                                  :
     Defendant.                   :
```

JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's attorney's Petition for Authorization of Attorney's Fees be and is hereby **GRANTED** and that Plaintiff's attorney, Byron A. Lassiter, be and is hereby **AWARDED** a fee of $1,149.62 for his services before the Court. Mr. Lassiter is **DIRECTED** to refund to Plaintiff the sum of $1,812.50, which sum represents the EAJA fee he was awarded.

DONE this 26th day of July, 2006.

                                                s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE